JACOB IMBERMAN et al., Respondents, *v.* HENRY M. ALEXANDER et al., Defendants, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued April 23, 1953; decided June 5, 1953.

*Eugene T. O'Neill, Leo D. Fitzgerald* and *Thomas J. Craig, Jr.,* for appellant.

*Bernard Buchwald, Charles D. Hoffman* and *Irving Margolies* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.